**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| SHANTE HOWARD, |
| As Parent and Next Friend of R.T., *et al.*, |
| Plaintiffs |
| v. |
| ACHIEVEMENT PREPARATORY ACADEMY PUBLIC CHARTER SCHOOL, |
| Defendant |

Civil Action No. 15-199 (CKK/GMH)

**MEMORANDUM OPINION**
(March 28, 2016)

On March 8, 2016, the Magistrate Judge G. Michael Harvey's Report and Recommendation was entered, and the parties were allowed 14 days to file objections to the recommendations made by the magistrate judge. No objections have been filed as of this date. Upon careful consideration of the record in this case and of Magistrate Judge Harvey's [20] Report and Recommendation, the Court ADOPTS and ACCEPTS the Report and Recommendation in full.

The Court shall GRANT-IN-PART and DENY-IN-PART Plaintiffs' [13] Motion for Summary Judgment and shall GRANT-IN-PART and DENY-IN-PART Defendant's [15] Cross Motion for Summary Judgment. The Court shall award Plaintiffs $15,189.54 in attorney's fees and costs.

An appropriate Order accompanies this Memorandum Opinion.

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge